IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CT-3121-BO

RONALD GENE KEENER, )
    Plaintiff, )
     )
v. ) ORDER
     )
NCDOC, et al., )
    Defendants. )

Ronald Gene Keener, a North Carolina state inmate, filed a civil rights action pursuant to 42 U.S.C. § 1983. On November 15, 2011, plaintiff filed a motion for voluntary dismissal (D.E. # 49). On November 22, 2011, defendants stipulated to the dismissal. Therefore the motion (D.E. # 49) is ALLOWED, the other pending motions (D.E. # 37 and 41) are withdrawn, and matter is DISMISSED WITHOUT PREJUDICE in its entirety.

SO ORDERED, this 23 day of November 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE